Irving Trust Company, as Trustee in Bankruptcy of Bankers' Capital Corporation, Plaintiff, v. Howard H. Gunder and Another, Defendants.*

Supreme Court, New York County, May 3, 1934.

* See, also, 234 App. Div. 252.

*Breed, Abbott & Morgan* [*Hugh S. Williamson* and *Gerald J. Craugh* of counsel], for the plaintiff.

*Howard H. Gunder*, in *pro per*.

McCook, J. This motion to confirm the report of the referee is granted. His comprehensive discussion of the three matters referred to him by the interlocutory judgment (See memorandum opinion, N. Y. L. J. Nov. 28, 1933) makes unnecessary further remark upon the facts and figures which the report presents, and *Quintal* v. *Greenstein* (142 Misc. 854; affd., 236 App. Div. 719)

is conclusive of the legal principles to be applied. Since the defendant Cogswell has settled with the plaintiff by paying $12,500, that sum will be deducted from $569,471.86, the amount to which the referee found plaintiff entitled.

Submit findings, which should include the items of interest.